# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 804 - 1 | **DATE** | 12/06/07 |
| **CASE TITLE** | USA vs. Jitendra Sheth | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jitendra Sheth appears in response to arrest on 12/06/07. Defendant informed of his rights. Enter order appointing Piyush Chandra from the Federal Defender Program as counsel for defendant for initial appearance only. Government's oral motion for pretrial detention is granted. Defendant ordered detained until further order of the court. Detention hearing is set for 12/12/07 at 10:30 a.m. Removal proceedings held. Defendant to advise at the detention hearing if he wishes to waive or proceed with the identity hearing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|