UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                      Case No.: 1:07−cr−00804
                                                      Honorable Nan R. Nolan

Jitendra Sheth
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge Nan R. Nolan :Detention hearing as to Jitendra Sheth held on 12/12/2007 and continued to 12/20/2007 at 3:30 PM. Preliminary Examination set for 12/20/2007 at 03:30 PM. Defendant will remain in custody pending trial or until further order of the Court. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.