UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 804 |
| v. | ) | |
| | ) | Hon. Nan R. Nolan |
| JITENDRA SHETH | ) | |

GOVERNMENT'S NOTICE OF FILING

TO:  PIYUSH CHANDRA, ESQ.
    Federal Defender Program
    55 E. Monroe Street #2800
    Chicago, IL 60603

PLEASE TAKE NOTICE that the UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, hereby files a copy of the Indictment issued in *United States of America v. Naresh Patel, et al.*, 07cr478-WWC, a copy of which is hereby served upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

/s/ Christopher R. McFadden
By:  CHRISTOPHER R. MCFADDEN
    Assistant United States Attorney
    219 S. Dearborn St., 5th Floor
    Chicago, IL  60604
    (312) 353-1931

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49,. Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the following document:

**Government's Notice of Filing (and exhibit attached thereto)**

was served, pursuant to the district court's ECF system, to opposing counsel of record.

DATE:  December 14, 2007.

/s/ Christopher R. McFadden
Christopher R. McFadden
Assistant United States Attorney