## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 804 - 1 | **DATE** | 1/2/2008 |
| **CASE TITLE** | USA vs. Jintendra Sheth | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion to detain the defendant pending trial is denied. Enter Order Setting Conditions of Release. Government's oral motion to exclude time is granted. Enter excludable time from 01/02/08 to and including 02/01/08. (X-E)

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | LXS |
|---|---|---|