UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JITENDRA C. SHETH | ) No. 07 CR 804 |
| | ) Judge Nan R. Nolan |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on January 2, 2008, and for and in consideration of bond being set by the Court for defendant Jitendra C. Sheth, in the amount of $50,000, being secured by real property, defendant Jitendra C. Sheth and Heena Sheth hereby warrant and agree:

1. Jitendra C. Sheth and Heena Sheth warrant that they are the sole record owners and titleholders of the real property located at 762 Buckingham Court, Hoffman Estates, Illinois, described legally as follows:

PARCEL 1: UNIT 149 IN PARTRIDGE HILL, PHASE 1 AND 2 BEING A SUBDIVISION OF PART OF THE WEST 33 ACRES OF THE EAST 63 ACRES OF THE NORTH ½ OF THE SOUTHWEST 1/4 OF SECTION 16, TOWNSHIP 41 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN ACCORDING TO THE PLAT RECORDED NOVEMBER 12, AS DOCUMENT 2290522, IN COOK COUNTY, ILLINOIS.

PARCEL 2: EASEMENTS FOR INGRESS AND EGRESS, APPURTENANT TO AND FOR THE BENEFIT OF PARCEL 1, AS SET FORTH IN PARTRIDGE HILL TOWNHOME AND RECREATIONAL DECLARATION DATED JULY 29, 1975 AND RECORDED AUGUST 5, 1975 AS DOCUMENT 23176225 AND AMENDED BY DOCUMENT 23209038 RECORDED AS DOCUMENT 23224464 AND AS FURTHER AMENDED FROM TIME TO TIME AS CREATED BY DEED FROM WHEELING TRUST AND SAVINGS BANK, AS TRUSTEE NUMBER 74-208 TO ERNESTINE BAUR DATED OCTOBER 1, 1975 AND FILED DECEMBER 31, 1975 AS DOCUMENT 23341061 ALL IN COOK COUNTY, ILLINOIS.

P.I.N:   07-16-316-019-0000.

Jitendra C. Sheth and Heena Sheth warrant that there is one outstanding mortgage against the subject property and that the equitable interest in the real property is at least $50,000.

2. Jitendra C. Sheth and Heena Sheth agree that their equitable interest in the above-described real property, may be forfeited to the United States of America, ~~should~~ *IF the Court determines that* the defendant Jitendra C. Sheth ~~fail~~ *Fails* to appear as required by the Court or otherwise ~~violate~~ *violates* any condition of the Court's order of release. *OPn—* Defendant Jitendra C. Sheth and Heena Sheth further understand and agree that, if defendant Jitendra C. Sheth should violate any condition of the Court's release order, and their equity in the property is less than $50,000, they will be liable to pay any negative difference between the bond amount of $50,000 and their equitable interest in the property, and defendant Jitendra C. Sheth and Heena Sheth hereby agree to the entry of a default judgment against them for the amount of any such difference. Defendant Jitendra C. Sheth and Heena Sheth have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. Jitendra C. Sheth and Heena Sheth further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Defendant Jitendra C. Sheth and Heena Sheth understand that should defendant Jitendra C. Sheth fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. Jitendra C. Sheth and Heena Sheth further agree that they will maintain the subject

2

property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. Defednat Jitendra C. Sheth and Heena Sheth further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant Jitendra C. Sheth they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Jitendra C. Sheth and Heena Sheth agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. Jitendra C. Sheth and Heena Sheth hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 1-2-08

Jitendra C. Sheth
SURETY/GRANTOR

Date: 1-2-08

Heena Sheth
DEFENDANT/SURETY/GRANTOR

Date: 1-2-08

Witness

Return to:

Ann Bissell
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
/dc